# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Brandon Rashed Marshall
*[Enter the full name of the plaintiff in this action]*

v.

1. Charleston County Detention Center

2. Carolina Center for Occupational health

Enter above the full name(s) of defendant(s) in this action

Civil Action No. _____
*(to be assigned by Clerk)*

**C O M P L A I N T**
Federal Prisoner

## I.    PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____     No  ☒

B.   If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1.   Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2.   Court: _____
            *(If federal court, name the district; if state court, name the county)*

   3.   Docket Number: _____

   4.   Name(s) of Judge(s) to whom case was assigned: _____

   5.   Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

   6.   Approximate date of filing lawsuit: _____

   7.   Approximate date of disposition: _____

## II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: **Charleston County Detention Center**

B. What are the issues that you are attempting to litigate in the above-captioned case? **Coverage of Medical Bills and Pain and suffering**

C. (1) Is there a prisoner grievance procedure in this institution? Yes **✗**    No_____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes **✗**    No_____

When_____    Grievance Number (if available) **N/A**

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes **✗**    No_____

E. When was the final agency/departmental/institutional answer or determination received by you? **On or around Jan 1, 2016**

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes_____    No **✗**

G. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

## III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: **Brandon Rashad Marshall**    Inmate No.: **1492345**

Address: **3841 Leeds Ave. NChas, SC 29405**

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant:_____    Position: _____

Place of Employment: _____

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

_____

_____

_____

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

[1] On or immediate date of 10-9-14 Plantiff was assaulted by another inmate.(Name of Inmate unknown) Prior to assault Plantiff(Brandon R. Marshall) requested several times to be Moved for safety reasons and threats conveyed to Plantiff. Charleston County Detention Center deny Plantiff asked to be moved. CCDC refused to move Plantiff and Plantiff was assaulted in the face and sustained Permanent vision lose and broken orbital floor socket. CCDC officers further erred by refusing to provide medical aide for days after the assault. Charleston County Detention Center is liable by law and responsible for the medical needs and safety of all inmates housed at the facility. [2] CCDC also violated by refusing to or prolonging to provide medical care for Asthma Attack Plantiff had in August 2014.

Carolina Center for Occupational health violated by refusing to respond to officers requesting medical help when Plantiff sustained an Asthma Attack during August 2014. Carolina Center for Occupational health (CCOH) did'nt respond or arrive on scene for several hours by then Brandon R. Marshall

IV. STATEMENT OF CLAIM - continued.

could have perished from effects of the Asthma Attack. CCOH further erred in treatment of facial Assault. In the following months after Plantiff was assaulted, he became idigant and CCOH prolonged, delayed, and simply denied and refused to schedule medical care for Brandon Marshall because he could no longer pay his own Co-pays. As a result Brandon Marshall's vision and pain has worsened.

In closing CCDC and CCOH have violated by not providing safety and ignoring the medical needs of it's inmate. Plantiff is requesting that all medical costs and follow-up care to paid by CCDC and Pain and suffering damages Paid by both defendants for abuse of power and inhumane treatment or therefore lack of treatment.

## V. RELIEF.

*State briefly and exactly what you want the court to do for you.*

In brief Plantiff is seeking Actual damages of approximately $37,000 for Medical bills, $5,000 for Follow up Care, And and all court costs and Fees, and $50,000 in Punitive damages. Plantiff Further request that both defendants be sanctioned by the Courts for negligence.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __26th__ *day of* __Febuary__ , 20 __16__ .

__Brandon Marshell__
*Signature of Plaintiff*

Brandon Marshall
v.
Charleston County Detention Center
and
Carolina Center for Occupational health

RECEIVED
USDC CLERK, COLUMBIA, SC
2016 MAR -7 PM 12: 35

Plantiff is currently housed oat Charleston County Detention Center. Brandon Marshall will not be able to serve neither of 2 defendants and requests that the court provide the means to serve both defendants I am also not able to generate or provide copies.

Contact for Plantiff:

Name: Brandon Rashad Marshall #1492345
Address: 3841 Leeds Ave.
          N.Chas, SC 29405

Included: Complaint Pack, Financial Status forms. Provided by facility, and service forms.